UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61640-CIV-SMITH

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff,

v.

WPLG, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

Plaintiff, Symbology Innovations, LLC, filed a Notice of Dismissal [DE 10] under Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismissing this case with prejudice. Accordingly, it is

**ORDERED** that:

1. Any motions not otherwise ruled on are **DENIED AS MOOT**.
2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of October, 2020.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record